IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gwin, Pamela

Printed: 1/8/08

Case Number: 04 B 35447
Judge: Hollis, Pamela S

Filed: 9/23/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 19, 2007
Confirmed: November 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 21,050.00 |  |
| Secured: |  | 18,296.79 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 1,053.21 |
| Other Funds: |  | 0.00 |
| Totals: | 21,050.00 | 21,050.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Debra J Vorhies-Levine | Administrative | 1,700.00 | 1,700.00 |
| 2. | Washington Mutual Home Loan | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Home Loan | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 23,915.31 | 18,296.79 |
| 5. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 6. | Illinois Dept Of Employment Sec | Unsecured | 288.40 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 103.55 | 0.00 |
| 8. | United Student Aid Funds Inc | Unsecured | 1,290.04 | 0.00 |
| 9. | American Express Centurion | Unsecured | 254.17 | 0.00 |
| 10. | Cavalry Portfolio Services | Unsecured | 222.50 | 0.00 |
| 11. | Resurgence Financial LLC | Unsecured | 3,520.74 | 0.00 |
| 12. | National Capital Management | Unsecured | 589.90 | 0.00 |
| 13. | CitiFinancial | Secured |  | No Claim Filed |
| 14. | Alliance One | Unsecured |  | No Claim Filed |
| 15. | First USA | Unsecured |  | No Claim Filed |
| 16. | Fleet Bank | Unsecured |  | No Claim Filed |
| 17. | Fleet Bank | Unsecured |  | No Claim Filed |
| 18. | Charter One Bank | Unsecured |  | No Claim Filed |
| 19. | Citibank | Unsecured |  | No Claim Filed |
| 20. | QVC | Unsecured |  | No Claim Filed |
| 21. | Wells Fargo Bank | Unsecured |  | No Claim Filed |
| 22. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 31,884.61 | $ 19,996.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Gwin, Pamela

Printed:  1/8/08

Case Number:  04 B 35447
Judge:  Hollis, Pamela S
Filed:  9/23/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 243.75 |
| 4% | 63.93 |
| 3% | 79.53 |
| 5.5% | 302.50 |
| 5% | 102.50 |
| 4.8% | 180.00 |
| 5.4% | 81.00 |
|  | _____ |
|  | $ 1,053.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

